UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

| | |
|---|---|
| CASEY SHAWN HILL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 3:24-CV-00135-CSW-RLY |
| MARTIN O'MALLEY, Commissioner of Social Security | ) ) ) ) |
| Defendant. | ) |

# JUDGMENT

Pursuant to the Federal Rule of Civil Procedure 58, the Court hereby ENTERS JUDGMENT in favor of the Plaintiff and REVERSES AND REMANDS this matter to the Agency for further administrative proceedings as authorized by the fourth sentence of 42 U.S.C. § 405(g).

**IT IS SO ORDERED** this 8th day of October 2024.

_Crystal S. Wildeman_
Crystal S. Wildeman
United States Magistrate Judge
Southern District of Indiana

Kristine L. Seufert, Clerk

BY: _Tricia M. Blanford_
Deputy Clerk, U.S. District Court

Distributed electronically to ECF registered counsel of record.